IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MEDIX STAFFING SOLUTIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No. 3:23-cv-00818-G |
| | § | |
| STEWARD HEALTH CARE NETWORK, INC., et al, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS STEWARD HEALTH CARE NETWORK, INC., STEWARD HEALTH CARE SYSTEM LLC, STEWARD HEALTH CARE HOLDINGS LLC, STEWARD MEDICAL GROUP, INC., AND STEWARD MEDICAL HOLDINGS LLC'S DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS**

Defendants Steward Health Care Network, Inc., Steward Health Care System LLC, Steward Health Care Holdings LLC, Steward Medical Group, Inc., and Steward Medical Holdings LLC file this Disclosure Statement and Certificate of Interested Persons, stating—without admitting that any of the below defendant entities are liable to Plaintiff Medix Staffing Solutions, Inc. ("Medix")—that the following persons or other legal entities may be financially interested in the outcome of this matter:

1. Medix.

2. Steward Health Care Network, Inc. No publicly held corporation owns 10% or more of Steward Health Care Network, Inc.'s stock.

3. Steward Health Care System LLC. No publicly held corporation owns 10% or more of Steward Health Care System LLC.

4. Steward Health Care Holdings LLC. No publicly held corporation owns 10% or more of Steward Health Care Holdings LLC.

5. Steward Medical Group, Inc. No publicly held corporation owns 10% or more of Steward Medical Group, Inc.'s stock.

6. Steward Medical Holdings LLC. No publicly held corporation owns 10% or more of Steward Medical Holdings LLC.

7. Medical Properties Trust, Inc.

/s/ Thomas G. Yoxall
**Thomas G. Yoxall**
 State Bar No. 00785304
 tyoxall@lockelord.com
**Nicholas S. Graber**
 State Bar No. 24122918
 nick.graber@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
(214) 740-8000 – Telephone
(214) 740-8800 – Facsimile

**COUNSEL FOR DEFENDANTS STEWARD HEALTH CARE NETWORK, INC., STEWARD HEALTH CARE SYSTEM LLC, STEWARD HEALTH CARE HOLDINGS LLC, STEWARD MEDICAL GROUP, INC., AND STEWARD MEDICAL HOLDINGS LLC**

## CERTIFICATE OF SERVICE

I certify that on May 11, 2023, I caused this document to be filed with the Court's electronic filing system and set for service on counsel of record.

/s/ Thomas G. Yoxall