# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

MEDIX STAFFING SOLUTIONS, INC.,

Plaintiff

v.

STEWARD HEALTH CARE NETWORK, INC., et al,

Defendant

Civil Action No. 3:23-cv-00818-G

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Medical Properties Trust, Inc.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

No publicly traded company owns more than 10% of Medical Properties Trust, Inc.'s stock.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Plaintiff Medix Staffing Solutions, Inc. and (without admitting that any of the below defendant entities are liable to Plaintiff) Defendants Medical Properties Trust, Inc., Steward Health Care Network, Inc., Steward Health Care System LLC, Steward Health Care Holdings LLC, Steward Medical Group, Inc., and Steward Medical Holdings LLC

| | |
|---|---|
| Date: | May 15, 2023 |
| Signature: | /s/ Thomas G. Yoxall |
| Print Name: | Thomas G. Yoxall |
| Bar Number: | 00785304 |
| Address: | 2200 Ross Avenue, Suite 2800 |
| City, State, Zip: | Dallas, TX 75201 |
| Telephone: | (214) 740-8000 |
| Fax: | (214) 740-8800 |
| E-Mail: | tyoxall@lockelord.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.