UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MEDIX STAFFING SOLUTIONS, INC., an Illinois corporation, <br><br> Plaintiff, <br><br> VS. <br><br> STEWARD HEALTH CARE NETWORK, INC., a Delaware corporation, ET AL., <br><br> Defendants. | CIVIL ACTION NO. <br><br> 3:23-CV-0818-G |

## ORDER OF REFERENCE

Under the authority of 28 U.S.C. § 636(b), the plaintiff's motion to compel the defendants' substantive discovery responses and for attorneys' fees (docket entry 22) is hereby **REFERRED** to **United States Magistrate Judge David L. Horan** for a hearing, if necessary, and for determination.

**SO ORDERED**.

July 31, 2023.

_____
**A. JOE FISH**
**Senior United States District Judge**