IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MEDIX STAFFING SOLUTIONS, INC., | § |
| | § |
| Plaintiff, | § |
| | § |
| vs. | § No. 23-cv-818 |
| | § |
| STEWARD HEALTH CARE NETWORK, INC., et al, | § |
| | § |
| Defendants. | § |

## REPORT OF SETTLEMENT OF ATTORNEYS' FEES DEMAND

Plaintiff Medix Staffing Solutions, Inc. ("Plaintiff") and Defendants Steward Health Care Network, Inc., Steward Health Care System LLC, Steward Health Care Holdings LLC, Steward Medical Group, Inc., Steward Medical Holdings LLC (collectively, "Steward"), and Medical Properties Trust, Inc. (together with Steward, the "Defendants") file this Report of Settlement of Attorneys' Fees Demand pursuant to the Court's September 21, 2023 Electronic Order (Dkt. 27) and state as follows:

1. The parties have settled Plaintiff's outstanding demand for attorneys' fees incurred in connection with Plaintiff's Motion to Compel (Dkt. 22), with Steward agreeing to pay an amount negotiated and agreed with Plaintiff. The parties will file a stipulation of dismissal with prejudice once payment of this amount is received.

*/s/ Kenneth E. Chase*
Kenneth E. Chase
Chase Law & Associates, P.A.
1141 71st Street
Miami Beach, FL 33141
Tel: (305) 402-9800
Fax: (305) 402-2725
Email: kchase@chaselaw.com

1

James B. Greer
RANDALL GREER PLLC
5910 N. Central Expressway, Suite 925
Dallas, TX 75206
(214) 628-9966
(214) 628-9967 (fax)
Email: jgreer@rglaw.com

**COUNSEL FOR PLAINTIFF
MEDIX STAFFING SERVICES, INC.**


*/s/ Thomas G. Yoxall*

**Thomas G. Yoxall**
  State Bar No. 00785304
  tyoxall@lockelord.com
**Nicholas S. Graber**
  State Bar No. 24122918
  nick.graber@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
(214) 740-8000 – Telephone
(214) 740-8800 – Facsimile

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that on October 11, 2023, I caused a copy of the foregoing document to be filed via the Court's ECF system and thus set for service on counsel of record.

*/s/   Thomas G. Yoxall*